IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | No. 23-22995 |
| MOHAMED SAFA, (Sergeant), : | |
| : | Jury Trial Demand |
| Defendant. : | |

## NOTICE OF REMOVAL

TO: **Clerk of Court,**
**United States District Court for the Eastern District of Pennsylvania**

Defendant Mohamed Safa, (Sergeant), by the undersigned counsel, in support of removal to this Court, pursuant to 28 U.S.C. §§ 1441 and 1446, states the following:

1. On October 12, 2023, plaintiff Brian Thompson commenced a Civil Action in the Court of Common Pleas of Montgomery County, captioned *Brian Thompson v. Mohamed Safa, (Sergeant)* Docket No. 23-22995. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. On or about November 3, 2023, a copy of the Complaint was served upon Defendant Mohamed Safa.

3. Plaintiff brings federal law claims under the First and Eighth Amendment of the United States Constitution, and seeks money damages as well as injunctive relief. *See* Compl., Ex. A, p. 11-19.

4. The United States District Court for the Eastern District of Pennsylvania has original jurisdiction, pursuant to 28 U.S.C. §§ 1331 and 1343, over the claim.

5. Pursuant to 28 U.S.C. § 1441(a), et seq., Defendants are entitled to remove the action to this Court, and hereby give notice of the removal of this civil action from the Court of Common Pleas of Montgomery County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

6. This Notice of Removal is being filed within 30 days after receipt of Plaintiff's state court complaint by the Defendants, as required by 28 U.S.C. § 1446(b). *See Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344 (1999).

7. Copies of this Notice of Removal will be duly filed with the Prothonotary of the Court of Common Pleas of Montgomery and served upon Plaintiff.

8. By this removal, Defendant does not intend to waive any substantive or procedural defenses to plaintiff's claim that may be available under federal or state law.

WHEREFORE, Defendant Mohamed Safa respectfully requests that the above-referenced action pending in the Court of Common Pleas of Montgomery County be removed to this Court.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

*/s/ Brendan Mullen*

BRENDAN MULLEN
Deputy Attorney General
Attorney I.D. No. 334199

Karen M. Romano
Chief Deputy Attorney General

Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Phone: 267-559-1016
Fax: 717-772-4526
bmullen@attorneygeneral.gov
Date: December 1, 2023

2

## **CERTIFICATE OF SERVICE**

I, Brendan Mullen, hereby certify that on December 1, 2023, I caused to be served a true and correct copy of the foregoing Notice of Removal via U.S. Mail to:

Brian Thompson
JQ-0773
P.O. Box 33028
St. Petersburg, FL. 33733

                                Respectfully submitted,

                                MICHELLE A. HENRY
                                Attorney General

                                */s/ Brendan Mullen*
                                ―――――――――――――――――
                                BRENDAN MULLEN