IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMSPON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-cv-4742 |
| | : | |
| MOHAMED SAFA, (Sergeant), | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF ENTRY OF APPERANCE

**To the Clerk of Court**:

Pursuant to Local Rule 5.1, kindly enter the appearance of the undersigned as counsel for Defendant Mohamed Safa in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHELLE A. HENRY
                                        Attorney General

By:   */s/ Brendan Mullen*
       Brendan Mullen
       Deputy Attorney General
       Attorney ID 334199

Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA  19103
Phone: (267) 559-1016
bmullen@attorneygeneral.gov

KAREN M. ROMANO
Chief Deputy Attorney General
Civil Litigation Section

Date:   December 7, 2023

*Counsel for Defendant Mohamed Safa*

## **CERTIFICATE OF SERVICE**

I, Brendan Mullen, hereby certify that the Entry of Appearance has been filed electronically on December 7, 2023, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a true and correct copy of this document was mailed on December 7, 2023, by first class mail, postage prepaid to:

Smart Communications/PADOC
**Brian Thompson**
**JQ-0773**
PO Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*


Date: December 7, 2023           By:   */s/ Brendan Mullen*
                                       Brendan Mullen
                                       Deputy Attorney General