IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,           : | |
|       Plaintiff,           : | |
|                            : | |
| v.                        : | Civ. No. 23-4742 |
|                            : | |
| SGT. MOHAMED SAFA,        : | |
|       Defendant.          : | |
|                            : | |

### O R D E R

**AND NOW**, this 7th day of December, 2023, upon consideration of Defendant's Motion for an Extension to Answer, Move, or Otherwise Respond to Plaintiff's Complaint (Doc. No. 5), it is hereby **ORDERED** that the Motion (Doc. No. 5) is **GRANTED**. Defendant **SHALL** respond to Plaintiff's Complaint **no later than December 22, 2023**.

                                                  **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.