Brian Thompson, JQ-0773
SCI-Phoenix
P.O. Box 244
Collegeville, PA 19426

January 3, 2024

TO: Clerk
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Phila, PA 19106-1797

Re: Civil Action
No. 23-CV-4742

Hello, can you please file my motion for an extension of time to, respond to the Defendant's response. Please find herein this envelope (1) original copy of motion for extension of time.
If there is any corrections needed please contact me ASAP, so that I can make corrections needed.

Thank you,
Respectfully submitted
by
Brian Thompson
JQ-0773

B.T./File
1-3-24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, <br>    Plaintiff, <br><br> v. <br><br> MOHAMED SAFA, <br>    Defendants. | : CIVIL ACTION No. 23-cv-4742 <br> : <br> : JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME

    NOW COMES, Brian Thompson, Plaintiff, *Pro Se'* and files this Motion For An Extension Of Time and represents the following:

    1). Plaintiff was ordered to file a Brief/Response on or before January 5, 2024.

    2). Plaintiff is an incarcerated individual at SCI-Phoenix.

    3). The Law Library has nine (9) Word Processors for approximately 4,500 inmates.

    4). An inmate is allowed one and a half hours per law library session two or three times a week.

    5). An inmate must submit a request to use one of the Word Processors a week in advance with no guarantee that they will receive a session.

    6). Plaintiff request a sixty (60) day extension to file Brief.

**WHEREFORE,** Plaintiff pray that this Honorable Court grants Plaintiff's Motion for an Extension of Time.

*[signature]*

Brian Thompson/JQ0773
1200 Mokychic Drive
Collegville, Pa. 19426

Date: January 3, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, | : |
|     Plaintiff, | : CIVIL ACTION No. 23-CV-4742 |
| | : |
| V. | : |
| | : JURY TRIAL DEMANDED |
| MOHAMED SAFA, | : |
|     Defendant. | : |

### CERTIFICATION OF Compliance

    I, Brian Thompson, Plaintiff *Pro Se'*, do hereby certify that this filing complies with the Unified Judicial System of Pennsylvania; Case records of the trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*[signature]*

Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

Brian Thompson/JQ-0773
P.O. Box 33028
St. Petersburg, FL 33733
(Mail By Defendants)

Date: JANUARY 3, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON, :
   Plaintiff, : CIVIL ACTION No. 23-cv-4742
:
v. :
: JURY TRIAL DEMANDED
MOHAMED SAFA, :
   Defendants. :
:
:
:

### CERTIFICATION STATEMENT

   I, Brian Thompson, Plaintiff *Pro Se'*, have read the foregoing documents and hereby verify that the matters alleged herein are true, except to those matters alleged upon information and belief and, to those matters I believe to be true. I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746

Brian Thompson/JQ0773
1200 Mokychic Drive
Collegville, Pa. 19426

Date: JANUARY 3 , 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,<br>    Plaintiff, | :<br>:   CIVIL ACTION No. 23-cv-4742<br>: |
| v. | :<br>:   JURY TRIAL DEMANDED |
| MOHAMED SAFA,<br>    Defendants. | :<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

    I, Brian Thompson, Plaintiff *Pro Se'* do hereby certify that I am on this day sevring the foregoing document(s) on the person(s) and in the manner indicated below, which satisfies the requirements of Rule 121, of the Pennsylvania Rules Appellate Procedures.

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pa.
19106-1797

Brendan Mullen
Deputy Attorney General
The Phoenix
1600 Arch Street
Suite 300
Philadelphia, Pa.
19103

_____

Brian Thompson/JQ0773
1200 Mokychic Drive
Collegville, Pa.19426

Date: January 3, 2024

Smart Communications/PADOC
SCI- PHoeNix
Name BriAN THompSon
Number JQ-0773
PO Box 244
Collegeville PA 19426

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

U.S.P.S.
X-RAY

FIRST-CLASS MAIL
US POSTAGE $000.87
neopost 01/02/2024
ZIP 19426
041M11225221

TO: Clerk
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1787

RECEIVED
JAN 4 2024