**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN THOMPSON,  :  Plaintiff,  : : | |
| v.  : | Civ. No. 23-4742 |
| : | |
| SGT. MOHAMED SAFA,  :  Defendant.  : : | |

**O R D E R**

**AND NOW**, this 8th day of January, 2024, upon consideration of Plaintiff's Motion for an Extension to Respond to Defendant's Motion to Dismiss (Doc. No. 8), it is hereby **ORDERED** that the Motion (Doc. No. 8) is **GRANTED**. Plaintiff **SHALL** respond to Defendant's Motion **no later than February 20, 2024.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.