Brian Thompson, JQ-0773
Sci-Phoenix
P.O. Box 244
Collegeville, PA 18426

2-8-24

To: Clerk
United States Dist. Court
Eastern Dist of PA.
601 Market St, Room 2609
Phila, PA 19106-1797

Re: Civil Action No. 23-4742

To: Whom it may concern,

Can you please file my motion for an additional (30) day extension ASAP. I am a pro-se litigant.

Thank you,
B. Thompson
JQ-0773

B.T./File
2-8-24
CC: NAACP
  Rev. R. Holmes Jr.
  Rev. J. Porter

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,<br>Plaintiff, | : CIVIL ACTION No. 23-cv-4742 |
| v. | : |
| MOHAMED SAFA,<br>Defendants. | : JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME

NOW COMES, Brian Thompson, Plaintiff, *Pro Se'* and files this Motion For An Extension Of Time and represents the following:

1). Plaintiff was ordered to file a Brief/Response on or before February 20, 2024.

2). Plaintiff is an incarcerated individual at SCI-Phoenix.

3). The Law Library has nine (9) Word Processors for approximately 4,500 inmates.

4). An inmate is allowed one and a half hours per law library session two or three times a week.

5). An inmate must submit a request to use one of the Word Processors a week in advance with no guarantee that they will receive a session.

6). Plaintiff request a thirty (30) day extension to file Brief.

**WHEREFORE,** Plaintiff pray that this Honorable Court grants Plaintiff's Motion for an Extension of Time.

Dated: February 8, 2024

Respectfully Submitted,

Brian Thompson, Pro se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, <br> Plaintiff, | : CIVIL ACTION No. 23-CV-4742 <br> : <br> : |
| V. | : <br> : JURY TRIAL DEMANDED <br> : |
| MOHAMED SAFA, <br> Defendant. | : <br> : <br> : <br> : <br> : |

## CERTIFICATION OF COMPLIANCE

I, Brian Thompson, Plaintiff *Pro Se'*, do hereby certify that this filing complies with the Unified Judicial System of Pennsylvania; Case records of the trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*[signature]*
Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

Brian Thompson/JQ-0773
P.O. Box 33028
St. Petersburg, FL 33733
(Mail By Defendants)

Date: February 8, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,<br>    Plaintiff, | CIVIL ACTION No. 23-cv-4742 |
| v. | |
| | JURY TRIAL DEMANDED |
| MOHAMED SAFA,<br>    Defendants. | |

**CERTIFICATION STATEMENT**

I, Brian Thompson, Plaintiff *Pro Se'*, have read the foregoing documents and hereby verify that the matters alleged herein are true, except to those matters alleged upon information and belief and, to those matters I believe to be true. I certify under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Brian Thompson/JQ0773
1200 Mokychic Drive
Collegville, Pa.19426

Date: February 8, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON,
    Plaintiff,

v.

MOHAMED SAFA,
    Defendants.

CIVIL ACTION No. 23-cv-4742

JURY TRIAL DEMANDED

### CERTIFICATE OF SERVICE

I, Brian Thompson, Plaintiff *Pro Se'* do hereby certify that I am on this day sevring the foregoing document(s) on the person(s) and in the manner indicated below, which satisfies the requirements of Rule 121, of the Pennsylvania Rules Appellate Procedures.

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, Pa.
19106-1797

Brendan Mullen
Deputy Attorney General
The Phoenix
1600 Arch Street
Suite 300
Philadelphia, Pa.
19103

DATED: February 8, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON,
    Plaintiff,

v.

MOHAMED SAFA,
    Defendants.

: CIVIL ACTION No. 23-cv-4742
:
:
: JURY TRIAL DEMANDED
:

### CERTIFICATE OF SERVICE

I, Brian Thompson, Plaintiff *Pro Se'*, hereby certify that I am on this day serving the foregoing document(s) on the person(s) and in the manner as indicated below, which service satisfies the requirements of Rule 5, of the Federal Rules of Appellate Procedures.

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:
Brendan Mullen
Deputy Attorney General
1600 Arch Street Suite 300
Philadelphia, Pa.
19103

*[signature]*
Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

Brian Thompson/JQ-0337
P.O. Box 33028
St. Petersburg, FL 33733
(Mail By Defendants)

Dated: February 8, 2024

SCI- Phoenix
Name Brian Thompson
Number JQ-2243
PO Box 244
Collegeville, PA 19426

US POSTAGE $000.88 02/09/2024 ZIP 19426

To: United States Dist Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

RECEIVED FEB 12 2024 BY: _____