## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,            : | |
|           Plaintiff,   : | |
| : | |
| v.                          : | Civ. No. 23-4742 |
| : | |
| SGT. MOHAMED SAFA,          : | |
|           Defendant.  : | |
| : | |

### O R D E R

**AND NOW**, this 14th day of February, 2024, upon consideration of Plaintiff's second *pro se* Motion for an Extension to Respond to Defendant's Motion to Dismiss (Doc. No. 10), it is hereby **ORDERED** that the Motion (Doc. No. 10) is **GRANTED**. Plaintiff **SHALL** respond to Defendant's Motion **no later than March 21, 2024.**

**AND IT IS SO ORDERED.**

    */s/ Paul S. Diamond*
_____
Paul S. Diamond, J.