Clerk                                                           2/12/24

Please file on behalf of Brian Thompson. Due to being Indigent, he was not able to mail this motion on his own.

*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

2:23 CV 04742-PD

---

BRIAN THOMPSON,

                              Plaintiff,

-Vs.-

MOHAMED SAFA, (Sergeant),

                              Defendant.

---

PLAINTIFF'S MOTION FOR A CONTINUANCE

---

                              SUBMITTED BY:

                              BRIAN THOMPSON
                              Plaintiff Pro Se'
                              D.O.C.#: JQ-0773
                              1200 Mokychic Drive
Dated: February 12, 2024           Collegeville, PA 19426

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON,               :       CIVIL ACTION

        Plaintiff,        :       No. 2:23 CV 04742-PD

        -V-                :       JURY TRIAL DEMAND

MOHAMED SAFA, (Sergeant),     :

        Defendant.        :

## PLAINTIFF'S MOTION FOR A CONTINUANCE

NOW COMES, Brian Thompson, Plaintiff Pro Se' hereby files this motion seeking a 30 day continuance, and states the following in support thereof:

1). On December 22, 2023; (ECF-7), the Defendant filed a motion to dismiss Plaintiff's complaint.

2). Plaintiff avers that he is currently working on a response to said pleading.

3). Plaintiff avers that he only receives One Hour and Twenty Minutes twice a week for law library so as to type documents.

4). Plaintiff avers that due to staff shortages, inclimate weather, and other situations, the Law library has been closed numerious days during the month.

4). Plaintiff avers that he simply cannot meet the dealine as prescribed by

1

by the Court's previous Order, and seeks this one last continuance.

5). Plaintiff avers that he needs addtional time to file said response.

8). Plaintiff avers that he will file his response at the earliest date it is finished, but before the court's amended deadline if the court grants this motion.

WHEREFORE, Plaintiff moves this Honorable Court for a 30 day continuence to file a response to the defendants motion to dismiss.

Respectfully Submitted,

*Brian Thompson* (signature)
Brian Thompson

Dated: February 12, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON,                    :    CIVIL ACTION

        Plaintiff,            :    No. 2:23 CV 04742-PD

                              :

       -V-

                              :    JURY TRIAL DEMAND

MOHAMED SAFA, (Sergeant),

                              :

        Defendant.

                              :

## ORDER

NOW THIS _____ day of _____, 2024, it is hereby ORDERED AND DECREED:

THAT Plaintiff's motion for a 30 day continuence is hereby GRANTED.

                                                BY THE COURT

                                                _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMPSON, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:23 CV 04742-PD |
| | : | |
| -V- | : | |
| | : | JURY TRIAL DEMAND |
| MOHAMED SAFA, (Sergeant), | : | |
| Defendant. | : | |

### CERTIFICATE OF COMPLIANCE

I, Brian Thompson, Plaintiff *Pro Se'*, do hereby certify that this filing complies with the Unified Judicial System of Pennsylvania; Case records of the trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*[signature]*

Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

Brian Thompson/JQ-0773
P.O. Box 33028
St. Petersburg, FL. 33733
(Mail By Defendants Only)

Dated: February 12, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON, : CIVIL ACTION

        Plaintiff, : No. 2:23 CV 04742-PD

:

-V- :

: JURY TRIAL DEMAND

MOHAMED SAFA, (Sergeant), :

:

        Defendant. :

:

## CERTIFICATION STATEMENT

    I, Brian Thompson, Plaintiff *Pro Se'*, have read the foregoing documents and hereby verify that the matters alleged herein are true, except to those matters alleged upon information and belief, and, to those matters I believe to be true. I certify under the penalty of perjury that the foregoing is true and correct pursuant to 18 Pa. C.S.A. §4904.

*[signature]*
Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

Brian Thompson/JQ-0773
P.O. Box 33028
St. Petersburg, FL. 33733
(Mail By Defendants Only)

Dated: February 12, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMPSON, | : | CIVIL ACTION |
| Plaintiff, | : | No. 2:23 CV 04742-PD |
| | : | |
| -V- | : | JURY TRIAL DEMAND |
| MOHAMED SAFA, (Sergeant), | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Brian Thompson, Plaintiff *Pro Se'*, do hereby certify that I am on this day serving the foregoing document(s) on the person(s) and in the manner as indicated below, which service satisfies the requeiments of Rule 5, of the Federal Rules of Civil Procedure.

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:
Michael Mullen, Esq.
Deputy Attorney General
1600 Arch Street, Suite-300
Philadelphia, PA 19103

_____
Brian Thompson/JQ-0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

_____
Brian Thompson/JQ-0773
P.O. Box 33028
St. Petersburg, FL. 33733
(Mail By Defendants Only)

Dated: February 12, 2024

