Brian Thompson, JQ-0773
Sci-Phoenix
P.O. Box 244
Collegeville, PA 19426

May 1, 2024

Re: 23-cv-4742

To: Office of Clerk,

Hello, my name is Brian Thompson, I have a civil action pending in the above mentioned number.

Can you please provide me with a docket sheet. So that I can keep up with the filings, This is my first request.

Thank you,

Respectfully submitted
by
Mr. Brian Thompson
JQ-0773

B.T./File
5-1-24

SCI- Phoenix
Name: Brian Thompson
Number: JQ-0773
PO Box 244, Collegeville, PA 19426

"U.S. X-RAY"



RECEIVED MAY -6 2024

To: Office of The Clerk
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
05/02/2024 ZIP 19426
043M31248366