Eastern District of Pennsylvania United
States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

5/14/24

George Wylesol
Clerk of Court

Clerk's Office
215-597-7704

BRIAN THOMPSON, JQ-0773
SCI PHOENIX
1200 MOKYCHIC DRIVE
PO BOX 244
Collegeville, PA 19426

RE: Response to Status Request

**Civil Action No. 23-cv-4742**

Dear Mr. Thompson,

We have received your request for information on the status of your case. Attached is a copy of the docket for your case.

Sincerely,

GEORGE WYLESOL
Clerk of Court

By:  Steve Tomas
Deputy Clerk