PS-C

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:23-cv-04742-PD
#### Internal Use Only

| | |
|---|---|
| THOMPSON v. MOHAMED | Date Filed: 12/01/2023 |
| Assigned to: DISTRICT JUDGE PAUL S. DIAMOND | Jury Demand: Plaintiff |
| Case in other court: Court of Common Pleas of Montgomery County, 23-22995 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

BRIAN THOMPSON     represented by    BRIAN THOMPSON
JQ-0773
SCI PHOENIX
1200 MOKYCHIC DRIVE
PO BOX 244
Collegeville, PA 19426
PRO SE

V.

**Defendant**

MOHAMED SAFA     represented by    Brendan Mullen
*(SERGEANT)*
PA Office of the Attorney General
1600 Arch Street
Philadelphia, PA 19103
215-560-2402
Email: bmullen@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2023 | 1 | NOTICE OF REMOVAL by SAFA MOHAMED (Filing fee $ 402 receipt number APAEDC-17105530), filed by SAFA MOHAMED. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form, # 3 Exhibit Case Management Track Designation Form, # 4 Complaint Exhibit A - Complaint)(Mullen, Brendan) (Attachment 1 replaced on 12/1/2023) (sbt). (Attachment 1 replaced on 12/1/2023) (sbt). (Attachment 2 replaced on 12/1/2023) (sbt). (Entered: 12/01/2023) |
| 12/01/2023 | 2 | PRO SE NOTICE RE:GUIDELINES (sbt) (Entered: 12/01/2023) |
| 12/01/2023 | | Pro Se Guidelines Mailed Out on 12/1/23. (sbt) (Entered: 12/01/2023) |
| 12/04/2023 | 3 | State Court record received from Court of Common Pleas of Montgomery County. (CCP - Montgomery County, ) (Entered: 12/04/2023) |
| 12/06/2023 | | Filing fee: $ 405.00, receipt number APAEDC-17116064 (nd) (Entered: 12/07/2023) |
| 12/07/2023 | 4 | NOTICE of Appearance by Brendan Mullen on behalf of MOHAMED SAFA with Certificate of Service(Mullen, Brendan) (Entered: 12/07/2023) |
| 12/07/2023 | 5 | MOTION for Extension of Time to File Response/Reply *to Plaintiff's Complaint* filed by MOHAMED SAFA.Memorandum, Certificate of Service.(Mullen, Brendan) (Entered: 12/07/2023) |
| 12/07/2023 | 6 | ORDER GRANTING 5 MOTION FOR EXTENSION OF TIME TO ANSWER BY 12/22/2023.. SIGNED BY HONORABLE PAUL S. DIAMOND ON 12/7/23. 12/7/23 ENTERED AND COPIES E-MAILED. PRO SE PLAINTIFF NOT MAILED. (va) (Entered: 12/07/2023) |
| 12/08/2023 | | DOC. 6 MAILED TO PRO SE (rf, ) (Entered: 12/08/2023) |
| 12/08/2023 | | Erroneous $402 filing fee paid on 12/01/2023 refunded to credit card originally used for transaction. (va) (Entered: 12/08/2023) |
| 12/22/2023 | 7 | MOTION to Dismiss *(Partially) Plaintiff's Complaint* filed by MOHAMED SAFA.Memorandum, Certificate of Service.(Mullen, Brendan) (Entered: 12/22/2023) |

| | | |
|---|---|---|
| 01/04/2024 | 8 | MOTION for Extension of Time to File Brief/Response filed by BRIAN THOMPSON, Certificate of Compliance, Certificate of Statement and Certificate of Service..(afm) (Entered: 01/05/2024) |
| 01/08/2024 | 9 | ORDER THAT PLAINTIFF'S 8 MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS IS GRANTED. PLAINTIFF SHALL RESPOND TO DEFENDANTS' MOTION NO LATER THAN 2/20/24. SIGNED BY HONORABLE PAUL S. DIAMOND ON 1/8/24.1/8/24 ENTERED & E-MAILED. NOT MAILED TO THOMPSON. (fdc) (Entered: 01/08/2024) |
| 01/08/2024 | | Set/Reset Deadlines as to 7 MOTION to Dismiss *(Partially) Plaintiff's Complaint*. RESPONSES DUE BY 2/20/2024. (fdc) (Entered: 01/08/2024) |
| 01/09/2024 | | ECF #9 MAILED TO PRO SE (JL) (Entered: 01/09/2024) |
| 02/12/2024 | 10 | MOTION for Extension of Time, filed by BRIAN THOMPSON. Envelope. (va) (Entered: 02/13/2024) |
| 02/14/2024 | 11 | ORDER GRANTING 10 MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS BY 3/21/24. SIGNED BY HONORABLE PAUL S. DIAMOND ON 2/14/24. 2/14/24 ENTERED AND COPIES E-MAILED. PRO SE PLAINTIFF NOT MAILED. (va) (Entered: 02/14/2024) |
| 02/14/2024 | | Set/Reset Deadlines as to 7 MOTION to Dismiss *(Partially) Plaintiff's Complaint*. RESPONSES DUE BY 3/21/2024. (va) (Entered: 02/14/2024) |
| 02/14/2024 | 12 | MOTION FOR CONTINUANCE, filed by BRIAN THOMPSON. Certificate of Service. Envelope. (va) (Entered: 02/15/2024) |
| 02/15/2024 | | COPY OF DOC. NO. 11 HAS BEEN MAILED TO PRO SE. (bw) (Entered: 02/15/2024) |
| 03/01/2024 | 13 | PLAINTIFF'S BRIEF TO DEFENDANTS MOTION TO PARTIALLY DISMISS 7 PLAINTIFF'S COMPLAINT filed by BRIAN THOMPSON. (bw) (Entered: 03/04/2024) |
| 03/15/2024 | 14 | ORDER THAT DEFENDANTS PARTIAL MOTION (DOC. NO. 7 ) IS GRANTED; BECAUSE ANY AMENDMENT WOULD BE FUTILE, PLAINTIFFS EIGHTH AMENDMENT § 1983 CLAIM(COUNT 3) IS DISMISSED WITH PREJUDICE; PLAINTIFFS MOTION FOR CONTINUANCE (DOC. NO. 12 ) IS DISMISSED AS MOOT. SIGNED BY DISTRICT JUDGE PAUL S. DIAMOND ON 3/15/24. 3/15/24 ENTERED AND COPIES E-MAILED. PRO SE PLAINTIFF NOT MAILED. (va) (Entered: 03/15/2024) |
| 03/18/2024 | | Document 14 Mailed to: Pro Se Plaintiff: Brian Thompson. (DT) (Entered: 03/18/2024) |