Brian Thompson, JQ-0773
SCI-Phoenix
P.O. Box 244
Collegeville, PA 19426

5-29-24                    Re: No. 23-CV-4742

United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Phila, PA 19106-1797

To: Clerk office,

    To whom it may concern, I've wrote your office for docket sheet on May 1, 2024. I never received the docket sheet. Yesterday my sister called your office, who informed her. Your office mailed me the docket sheet on May 14, 2024. I never signed nor received it.

    I am not receiving my legal from your office, my legal mail is being tampered with. Also, please see attached inmate request slip to Security Capt. Deputy Curtis. Please put this letter and attached request in my case file. Please mail me a docket sheet ASAP. I'll mail your office Deputy Curtis response when I receive it.

                                Thank you,

CC: Jason Javie Esq & Friedman and Levin Associates    B. Thompson
    B.T./File                                                                JQ-0773
    5-29-24

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER**<br>(( "Security Dept" )) | Commonwealth of Pennsylvania<br>Department of Corrections<br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Deputy – Curtis | 2. Date: 5-29-24 |
| 3. By: (Print Inmate Name and Number)<br>Brian Thompson<br>Mr. Thompson – JG-0773<br>Inmate Signature | 4. Counselor's Name:<br>Ms. Kline |
| | 5. Unit Manager's Name:<br>Ms. Baldwin |
| 6. Work Assignment:<br>Block Job | 7. Housing Assignment:<br>FB-2027 |

8. Subject: State your request completely but briefly. Give details.

Deputy Curtis,
  Hello, I am writing to you in regards, I wrote the U.S. District Court in Phila. Last month, I didn't receive the requested docket sheet. I wrote the U.S. District Court again on May 1, 2024. In my case docketed at Brian Thompson v. Mohamed Safa case # 23-cv-4742. Yesterday my sister called the Courthouse, who informed her the docket sheet was mailed to SCI-Phoenix on 5-14-24. I didn't sign for any legal mail in the month of May 2024 from the U.S. District Court. Deputy Curtis can you please provide me with a copy of the legal log for the month of May 2024. I only need legal log with my name only.

CC: Jason Javie, Esq & Friedman, Levin Associates
CC: Clerk at U.S. District Court, to show I am not receiving my legal mail at SCI-Phoenix
(B.T./File 5-29-24)  Place in my file in A.S.A.P. in Federal Court House.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

STAFF MEMBER NAME _____  _____ DATE _____
                          Print                            Signature

**7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips**    **Attachment 3-A**

SCI- Phoenix
Name: Brian Thompson
Number: JQ-0773
PO Box: 244
Collegeville, PA 19426

U.S.M.S.
X-RAY

To: United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

RECEIVED JUN 04 2024 BY:

PHILADELPHIA PA 190
30 MAY 2024 PM 9 L

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
05/30/2024 ZIP 19426
043M31248366