George Wylesol
Clerk of Court

Eastern District of Pennsylvania United
States Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

6/12/24

Clerk's Office
215-597-7704

BRIAN THOMPSON
JQ-0773
SCI PHOENIX
1200 MOKYCHIC DRIVE
PO BOX 244
Collegeville, PA 19426

RE: Response to Status Request

**Civil Action No. 23-cv-4742**

Dear Mr. Thompson,

We have received your request for information on the status of your case. Attached is a copy of the last 5 pages of the docket for your case.

        Sincerely,

        GEORGE WYLESOL
        Clerk of Court

By:    Steve Tomas
        Deputy Clerk