# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, :<br>　　　　Plaintiff, :<br>　　　　　　　　　　　　　　　　:<br>v. 　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　:<br>SGT. MOHAMED SAFA, 　　　　　:<br>　　　　Defendant. 　　　　　　　:<br>　　　　　　　　　　　　　　　　: | Civ. No. 23-4742 |

## O R D E R

On March 15, 2024, I granted Defendant's Partial Motion to Dismiss. (Doc. No. 14.) Defendant has yet to file an Answer. (See Docket.)

**AND NOW**, this 22nd day of August, 2024, it is hereby **ORDERED** that Defendant **SHALL** file his Answer **no later than** September 5, 2024.

　　　　　　　　　　　　　　　　　　　　　　AND IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Paul S. Diamond*
　　　　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.