IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON,
Plaintiff,

v.

MOHAMED SAFA,
Defendants.

: CIVIL ACTION No. 23-cv-4742
:
: JURY TRIAL DEMANDED

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES, Brian Thompson, Pro se, Plaintiff, pursuant to 28 U.S.C. § 1915, request that this Court appoint counsel to represent him in this case for the following reasons:

1). The Plaintiff is proceeding In Forma Pauperis and is unable to afford counsel.

2). The issue involved in this case are complex and Plaintiff needs the help of competent counsel to assist him in filing Motions and Responses.

3). Plaintiff is a State Prisoner and has limited access to the Law Library.

4). Plaintiff has limited knowledge of the law and has difficulty understanding legal stuff.

5). Plaintiff has no legal education.

6). Appoint of counsel will benefit both the Plaintiff and the Court.

7). These facts, along with legal merit of Plaintiff's claims, support the appointment of counsel to represent Plaintiff.

**WHEREFORE,** for all the above reasons Plaintiff prays this Honorable Court grants Plaintiff's Motion For Appointment Of Counsel.

Dated: September 13, 2024

Respectfully Submitted,

Brian Thompson, Pro se Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON,<br>Plaintiff, | : CIVIL ACTION No. 23-cv-4742<br>:<br>: |
| v. | :<br>: JURY TRIAL DEMANDED |
| MOHAMED SAFA,<br>Defendants. | :<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I hereby certify that I have on this day and date served true and correct copies of the forgoing documents MOTION FOR APPOINTMENT OF COUNSEL upon the persons and in the manner indicated below.

SERVICE BY FIRST CLASS MAIL
ADDRESSED AS FOLLOWS:

Brendan Mullen
Deputy Attorney General
1600 Arch Street Suite 300
Philadelphia, Pa.
19103

Clerk of Courts
601 Market Street
Philadelphia, Pa.
19106-1774

_____
Brian Thompson/JQ0773
1200 Mokychic Drive
Collegeville, PA 19426
(Mail By Court Only)

_____
Brian Thompson/JQ0773
P.O. Box 33028
St. Petersburg, FL 33733
(Mail By Defendants)

Date: September 13, 2024

SCI- Phoenix
Name Brian Thompson
Number JQ-0773
PO Box 244
Collegeville, PA 19426

To: THE UNiTED STATES DiStrict Court
For THE EASTERN DiStrict of PA
CLerk of Courts
601 Market Street
PhiLadeLPhiA, PA 19106-1774

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69⁰
09/16/2024 ZIP 19426
043M31148366

RECEIVED SEP 18 2024