# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN THOMPSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-cv-4742 |
| | : | |
| SGT. MOHAMED SAFA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of Defendant's Motion to Depose Plaintiff, who is currently in the custody of the Pennsylvania Department of Corrections, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that said deposition shall take place, pursuant to written notice, at the correctional institution at which Plaintiff is incarcerated and may be taken by counsel for Defendant via a remote video-conference service.

**BY THE COURT:**

_____
**Paul S. Diamond, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN THOMPSON, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 23-cv-4742 |
| SGT. MOHAMED SAFA, | : |
| Defendant. | : |

## DEFENDANT'S MOTION TO DEPOSE PLAINTIFF

Defendant, Mohamed Safa, by counsel, hereby moves this Court, pursuant to Fed. R. Civ. P. 30(a)(2), for leave to take the deposition of Plaintiff, Brian Thompson, by oral examination and remote means.

Plaintiff is currently incarcerated at State Correctional Institution – Phoenix, Inmate #JQ-0773. Defendant requests leave to take the Plaintiff's deposition by video conference (e.g., Webex or Zoom) or other remote means. *See* Fed. R. Civ. P. 30(a)(2)(B), (b)(4).

WHEREFORE, Defendant respectfully requests leave to take Plaintiff's oral deposition via remote means.

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

| | |
|---|---|
| Date: October 8, 2024 | By:  */s/ Brendan Mullen*  <br>BRENDAN MULLEN  <br>Deputy Attorney General |
| OFFICE OF ATTORNEY GENERAL  <br>1600 Arch Street, Suite 300  <br>Philadelphia, PA 19103  <br>Phone: (267) 559-1016 | Attorney ID No. 334199  <br><br>NICOLE R. DITOMO  <br>Chief Deputy Attorney General  <br>Civil Litigation Section |
| bmullen@attorneygeneral.gov | |

## **CERTIFICATE OF SERVICE**

I, Brendan Mullen, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that the foregoing ***Defendant's Motion to Depose Plaintiff*** has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing system. I further certify that a true and correct copy of this document was mailed on October 8, 2024, by first class mail, postage prepaid to:

**VIA U.S. MAIL**
Smart Communications/PADOC
**Brian Thompson, JQ-0773**
SCI Phoenix
PO Box 33028
St. Petersburg, FL 33733
*Pro Se Plaintiff*

                                              *s/ Brendan Mullen*
                                              BRENDAN MULLEN
                                              Deputy Attorney General