UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON          :
   *Plaintiff*,

                                              :

-v-          :   CIVIL ACTION No.: <u>23-CV-04742-PD</u>

MOHAMED SAFA (Sergeant)   :   **<u>JURY TRIAL DEMAND</u>**
   *Defendant*.

                                              :

**<u>PLAINTIFF'S MOTION TO DIRECT U.S. MARSHAL SERVICE</u>**

**<u>TO EFFECTUATE SERVICE OF AMENDED COMPLAINT</u>**

*AND NOW*, comes Plaintiff, <u>Brian Thompson</u>, *Pro Se'*, who respectfully moves this Honorable Court for an Order directing U.S. Marshal Service to effectuate service of Plaintiff's **Amended Complaint**, and avers the following in support thereof:

1. This Honorable Court's last Order granted Plaintiff 30 days to file an Amended Complaint has been timely filed on November 20, 2024;

2. Plaintiff is responsible for effectuating the service of process of the Amended Complaint on the defendant pursuant to and in accordance with *28 U.S.C. § 1915(d)* and *Fed.R.Civ.P. 4(c)(3)*;

3. Pursuant to *Fed.R.Civ.P. 4(c)(3)*, "the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff

1

is authorized to proceed in forma pauperis under *28 U.S.C. § 1915*."

4. Plaintiff has filed an *in forma pauperis* application for the sole purpose of effectuating service of process via U.S. Marshal Service that is currently pending before this Honorable Court;

5. Plaintiff was approved to proceed *in forma pauperis* in Montgomery County Court of Common Pleas, prior to the case being moved by the defendant to the District Court;

6. It is not practical or affordable for a *Pro Se'* prisoner litigant to effectuate service due to his indigency and incarceration.

WHEREFORE, Plaintiff respectfully moves this Honorable Court enter an Order **GRANTING** this Motion to Direct U.S. Marshal Service to Effectuate Service of Plaintiff's Amended Complaint.

Respectfully submitted,

Dated: November 21, 2024

Brian Thompson/JQ-0773
1200 Mokychic Dr.
Collegeville, PA 19426

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN THOMPSON          :
*Plaintiff*,

                        :

-v-                     :        CIVIL ACTION No.: <u>23-CV-04742-PD</u>

MOHAMED SAFA (Sergeant) :        ***JURY TRIAL DEMAND***
*Defendant*.

                        :

                        :

<u>**CERTIFICATE OF SERVICE**</u>

I, <u>Brian Thompson</u>, Plaintiff *Pro Se'*, do hereby certify that I am on this day, serving the foregoing document(s) upon the person and in the manner as indicated below, which service satisfies the requirements of Fed.R.Civ.P. 5(b)(2)(c).

<u>Service by first-class mail</u>:
Brendan Mullen
Deputy Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103

Dated: <u>November 21, 2024</u>

*[signature]*
Brian Thompson/JQ-0773
SCI-PHX
PO Box 33028
St. Petersburg, FL 33733

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.69
11/22/2024 ZIP 19426
043M31248366

U.S.M.S.
X-RAY

RECEIVED
NOV 25 2024

Clerk of Court
Room 2609
U.S. Dist. Court
601 Market St.
Philadelphia, PA 19106

SCI- Phoenix
Name: Brian Thompson
Number: JO-0773
PO Box 244
Collegeville, PA 19426